JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILBERT FRANK, JR., | ) CASE NO. ED CV 15-2048-CJC (PJW) |
|---|---|
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| | ) |
| KELLY SANTORO, WARDEN, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>April 11, 2017</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\04-11-17 Judgment.wpd